UNITED STATES DISTRICT COURT

MIDDLE DISTRICT OF LOUISIANA

NATHALAN PERKINS, ET AL.

VERSUS

GOULDS PUMPS, INC., ET AL

CIVIL ACTION

NO. 10-328-JJB-SCR

Consolidated for case management with
CV 10-331, CV 10-332, CV 10-333, CV 10-334 and CV 10-335

**This Ruling applies only to CV 10-328**

**RULING**

The court has carefully considered the petition, the record, the law applicable to this action, and the Report and Recommendation of United States Magistrate Judge Stephen C. Riedlinger dated July 22, 2010 (doc. no. 13) to which no objection has been filed.

The court hereby approves the report and recommendation of the magistrate judge and adopts it as the court's opinion herein. Accordingly, the motion to remand filed by the plaintiffs is GRANTED and this matter is REMANDED the 21st Judicial District Court, Parish of Livingston, State of Louisiana.

Baton Rouge, Louisiana, this 13th day of September, 2010.

JAMES J. BRADY, JUDGE
MIDDLE DISTRICT OF LOUISIANA